## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SHAINA DANIELS,

      Plaintiff,

v.                                             Case No. 3:16-cv-1338-J-32PDB

AARONS, INC.,

      Defendant.

_____

## O R D E R

      Upon review of the Notice of Voluntary Dismissal with Prejudice (Doc. 10), filed on January 12, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

      **DONE AND ORDERED** in Jacksonville, Florida this 12th day of January, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record